IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **ERNEST W. PHARR, III, as** ) | |
| **Administrator of the Estate** ) | |
| **of Margaret Ann Pharr,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:12cv678-MHT |
| ) | (WO) |
| **CHAPMAN HEALTH CARE CENTER,** ) | |
| **a domestic corporation; and** ) | |
| **GWEN WILLIAMS, an** ) | |
| **individual,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 29), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 20th day of July, 2015.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE